```
WHITE & CASE LLP
TRAVERS WOOD (SBN 46180)
STEPHEN L. COPE (SBN 175172)
MICHAEL E. CHAPLIN (SBN 229641)
633 West Fifth Street, Suite 1900
Los Angeles, California 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 687-0758
```

Attorneys for Plaintiff and Counterdefendant
iSmart International Limited

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/29/05*

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED, an India Corporation,<br><br>Plaintiff,<br>vs.<br><br>I-DOCSECURE, LLC, a California Limited Liability Company, *et al.*,<br><br>Defendants. | Case No. C 04-03114 RMW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL DATE AND OTHER DEADLINES IN THE COURT'S CASE MANAGEMENT CONFERENCE ORDER**<br><br>**Judge: Hon. Ronald M. Whyte**<br><br>Date Action Filed: July 30, 2004<br>First Amended Complaint Filed: October 26, 2004 |
| I-DOCSECURE, LLC, a California Limited Liability Company, *et al.*,<br><br>Counterclaimants,<br>vs.<br><br>ISMART INTERNATIONAL LIMITED, an India Corporation, *et al.*,<br><br>Counterdefendants | |

WHEREAS, the Court set a trial date and various pre-trial deadlines in its Case Management Conference Order which was signed on April 11, 2005;

WHEREAS, counterdefendant Raj Dhesikan's first appearance in this lawsuit did not occur until July 5, 2005;

WHEREAS, after several extensions, the parties agreed to a deadline of July 19, 2005 to produce initial disclosures;

LOSANGELES 446658 (2K)

STIPULATION AND [PROPOSED] ORDER RE
RELIEF FROM CASE MANAGEMENT SCHEDULE
Case no. C 04-03114 RMW

WHEREAS, plaintiff and counterdefendant iSmart International served document requests on defendants and counterclaimants with an original production deadline of July 11, 2005;

WHEREAS, plaintiff and counterdefendant iSmart International granted defendants and counterclaimants an extension through July 19, 2005 for the production of documents responsive to iSmart International's document requests;

WHEREAS, counsel for defendants and counterclaimants filed a request for approval of substitution of counsel on July 15, 2005;

WHEREAS, the proposed substitution seeks to replace current counsel for the individuals, Joseph Baggio and Jonathan Balzora with the individuals themselves appearing *pro se*;

WHEREAS, the proposed substitution does not identify counsel for the corporate entities but instead seeks an unspecified period of time for the corporate defendants to obtain new counsel;

WHEREAS, unrepresented corporate entities cannot defend themselves or prosecute their counterclaims;

WHEREAS, if the proposed substitution is approved, the corporate defendants and counterclaimants will be unable to respond to initial disclosures or document demands;

WHEREAS, because of the proposed substitution, the individual defendants and counterclaimants have requested extensions of the deadlines for initial disclosures and document production;

WHEREAS, due to concerns over the implications of the proposed substitution, plaintiff and counterdefendant filed an objection to the proposed substitution on grounds that granting it would unnecessarily delay the case and disrupt the trial schedule;

WHEREAS, a mediation is scheduled in this case on August 18, 2005, which is the latest date the court-appointed mediator has available prior to the September 12, 2005 mediation cut-off date set by the Court's Case Management Conference Order;

WHEREAS, defendant and counterclaimant Joseph Baggio advises that he no longer agrees to use of the mediator previously selected due to the mediator having been employed by White & Case for one year in the early 1970s and having mediated a case with Long & Levit, prior counsel for iSmart International.

LOSANGELES 446658 (2K)

-2-

STIPULATION AND [PROPOSED] ORDER RE
RELIEF FROM CASE MANAGEMENT SCHEDULE
Case no. C 04-03114 RMW

1   WHEREAS, the deadline for expert witness disclosure is set for October 21, 2005;

2   WHEREAS, the deadline for completing non-expert discovery is November 4, 2005;

3   WHEREAS, the last day to hear dispositve motions is December 16, 2005;

4   WHEREAS, the deadline to complete expert discovery is set for December 23, 2005;

5   WHEREAS, a Final Status Conference is set for February 9, 2006;

6   WHEREAS, trial of this matter is set for February 21, 2006; and

7   WHEREAS, the parties agree that all the aforementioned factors support continuing the dates set forth in the Court's Case Management Conference Order to allow Mr. Saiki to substitute out of the case, give defendants and counterclaimants time to retain new counsel, and to prevent the court, the parties, and the mediator from wasting time on a meaningless mediation and unworkable pre-trial dates.

THEREFORE THE PARTIES THROUGH THEIR COUNSEL HEREBY STIPULATE AND AGREE that the Court should issue an Order continuing the dates in the Case Management Conference Order as follows:

1. The mediation scheduled in this case on August 18, 2005 is cancelled and the court shall appoint a new mediator.

2. The last day to complete mediation shall be continued to December 12, 2005;

3. The deadline for expert witness disclosure shall be continued to January 20, 2006;

4. The deadline for completing non-expert discovery shall be continued to February 10, 2006;

5. The last day to hear dispositve motions shall be continued to March 13, 2006;

6. The deadline to complete expert discovery shall be continued to March 24, 2006;

7. The trial shall be continued to a date after May 1, 2006, with the exact date to be determined at a status conference to be held after defendants and counterclaimants have retained new counsel; and

///

///

///

8. The Final Status Conference shall be continued to a new date based on the trial date set at that future status conference.

**IT IS SO STIPULATED.**

Date: 7/20, 2005

WHITE & CASE LLP

By _____
STEPHEN L. COPE
Attorneys for Plaintiff
ISMART INTERNATIONAL LIMITED

Date: 7-20-2005, 2005

RADCLIFF & SAIKI, LLP

By _____
ERIC H. SAIKI

Attorneys for Defendants
I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., INTEGRITY DATA APPLICATIONS CONSULTING, LLC, JOSEPH BAGGIO, and JONATHAN BALZORA

Date: _____, 2005

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
MARC A. KOONIN
Attorneys for Counterdefendant
RAJ DHESIKAN

Date: _____, 2005

By _____
JOSEPH BAGGIO
*Pro Se* (pending court approval of substitution of counsel)

Date: _____, 2005

By _____
JONATHAN BALZORA
*Pro Se* (pending court approval of substitution of counsel)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/27/05, 2005

/S/ RONALD M. WHYTE
Hon. Ronald M. Whyte
United States District Judge

The Court has set a Status Conference for December 16, 2005 @ 10:30 a.m. to reset the trial date.

1   8.   The Final Status Conference shall be continued to a new date based on the trial
2   date set at that future status conference.

3   **IT IS SO STIPULATED.**

4   Date: _____, 2005         WHITE & CASE LLP

6   By_____
        STEPHEN L. COPE
        Attorneys for Plaintiff
7       ISMART INTERNATIONAL LIMITED

8       RADCLIFF & SAIKI, LLP
    Date: _____, 2005
9
    By_____
10      ERIC H. SAIKI

11      Attorneys for Defendants
        I-DOCSECURE, LLC, E-NETSECURE
12      SERVICES, INC., INTEGRITY DATA
        APPLICATIONS CONSULTING, LLC, JOSEPH
13      BAGGIO, and JONATHAN BALZORA

14  Date: July 20, 2005         SEDGWICK, DETERT, MORAN & ARNOLD LLP

15  By: _____
        MARC A. KOONIN
16      Attorneys for Counterdefendant
17      RAJ DHESIKAN

18  Date: _____, 2005         By_____
                                            JOSEPH BAGGIO
19                                      Pro Se (pending court approval of substitution of
20                                      counsel)

21                                      By_____
    Date: _____, 2005             JONATHAN BALZORA
22                                      Pro Se (pending court approval of substitution of
                                        counsel)
23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25  Dated: _____, 2005

26                                      _____
                                        Hon. Ronald M. Whyte
27                                      United States District Judge
28