1  RADCLIFF & SAIKI, LLP
   Eric H. Saiki (SBN 155762)
2  21250 Hawthorne Blvd., Suite 700
   Torrance, CA 90503
3  Telephone: (310) 792-7008
   Facsimile: (310) 792-8695
4
   Attorneys for Defendants and Counterclaimants
5  I-DOCSECURE, LLC, E-NETSECURE SERVICES,
   INC., ISMART SECURE LLC, JOSEPH BAGGIO
6  and Defendants INTEGRITY DATA APPLICATIONS
   CONSULTING, LLC, and JONATHAN BALZORA
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
                                            *E-FILED - 8/4/05*

12 | ISMART INTERNATIONAL LIMITED,     | Case No.:     C 04-03114 RMW

13 |                Plaintiff,
                                       | **ORDER ON REQUEST FOR**
14 |         vs.                       | **APPROVAL OF SUBSTITUTION OF**
                                       | **ATTORNEY**
15 | I-DOCSECURE, LLC, a California limited
   | liability company; E-NETSECURE
16 | SERVICES, INC., a California corporation; | Judge: Hon. Ronald M. Whyte
   | INTEGRITY DATA APPLICATIONS
17 | CONSULTING, LLC, a California limited
   | liability company; ISMART SECURE LLC, | Date action filed: July 30, 2004
18 | a Delaware limited liability company;   | First Amended Complaint filed: October 26,
   | JOSEPH BAGGIO, an individual;           | 2004
19 | JONATHAN BALZORA, an individual,

20 |                Defendants.

21
   I-DOCSECURE, LLC, a California Limited
22 Liability Company; E-NETSECURE
   SERVICES, INC., a California Corporation;
23 ISMART SECURE LLC, a Delaware limited
   liability company; and JOSEPH BAGGIO,
24 an individual,

25
                  Counterclaimants,
26
           vs.
27
   ISMART INTERNATIONAL LIMITED, an
28

                                       1

| | |
|---|---|
| 1 | India Corporation; RAJ DHESIKAN, an individual; VIJAY CHOUDHARY, an individual; and SANJAY DESHPANDE, an individual, |
| 2 | |
| 3 | |
| 4 | Counterdefendants. |

6   The Court hereby orders that the request of Defendants and Counterclaimants
7   I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., ISMART SECURE LLC, JOSEPH
8   BAGGIO and Defendants INTEGRITY DATA APPLICATIONS CONSULTING, LLC, and
9   JONATHAN BALZORA to release Eric H. Saiki of Radcliff & Saiki, LLP as attorney of record
10  is hereby granted.  JOSEPH BAGGIO, 19200 Von Karman Ave., 4th Fl.,
11  Irvine, CA 92612 (949) 622-5568, and JONATHAN BALZORA, 1512 N. Kroeger, Fullerton,
12  CA 92831, (714) 396-9579, shall proceed pro se until further substitution of counsel.
13  The Court further orders that entity Defendants and Counterclaimants
14  I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., ISMART SECURE LLC, and
15  Defendant INTEGRITY DATA APPLICATIONS CONSULTING, LLC, shall identify substitute
16  counsel with 25 days of the date of this order.

Dated: August 4, 2005

/s/ Ronald M. Whyte
_____
Ronald M. Whyte
U.S. District Judge