1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for DEFENDANTS I-DOCSECURE, LLC,
   E-NETSECURE SERVICES, INC., ISMART SECURE LLC,
6  INTEGRITY DATA APPLICATIONS CONSULTING, LLC,
   JOSEPH BAGGIO, and JONATHAN BALZORA
7

8

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  ISMART INTERNATIONAL LIMITED, an India          *E-FILED - 12/6/05*
    Corporation,
14
                    Plaintiff,                      Case No.: C 04-03114 RMW
15
    vs.
16                                                  **STIPULATION AND ORDER
    I-DOCSECURE, LLC, a California Limited          RE CASE MANAGEMENT SCHEDULE**
17  Liability Company; E-NETSECURE SERVICES,
    INC., a California Corporation; INTEGRITY
18  DATA APPLICATIONS CONSULTING, LLC, a
    California Limited Liability Company; JOSEPH
19  BAGGIO, an individual; and JONATHAN
    BALZORA, an individual,
20  Defendants.

21

22
    AND RELATED COUNTERCLAIM
23

24

25          IT IS HEREBY STIPULATED, by and between the parties hereto through their

26  respective undersigned counsel:

27          WHEREAS, the Court set a trial date and various pre-trial deadlines in its Case

28  Management Conference Order which was signed on April 11, 2005, and amended those deadlines

                                            1

1  pursuant to Stipulation and Order signed July 27, 2005;

2      WHEREAS, counter-defendant Raj Dhesikan's first appearance in this lawsuit did not

3  occur until July 5, 2005;

4      WHEREAS, after several extensions, the parties agreed to a deadline of July 19, 2005 to

5  produce initial disclosures;

6      WHEREAS, plaintiff and counter-defendant iSmart International served document

7  requests on defendants and counterclaimants with an original production deadline of July 11, 2005;

8      WHEREAS, plaintiff and counter-defendant iSmart International granted defendants and

9  counterclaimants an extension through July 19, 2005 for the production of documents responsive to

10  iSmart International's document requests;

11      WHEREAS, counsel for defendants and counterclaimants filed a request to release their

12  attorney of record on July 15, 2005;

13      WHEREAS, on August 4, 2005, the Court granted the request of defendants and

14  counterclaimants to release their attorney of record, permitted the individual defendants to proceed pro

15  se until further substitution of counsel, and required the entity defendants to identify substitute counsel

16  within 25 days of its order;

17      WHEREAS, on August 29, 2005, defendants and counterclaimants applied to substitute

18  Sullwold & Hughes as new counsel;

19      WHEREAS, on September 6, 2005, counsel for plaintiff and counter-defendant moved to

20  withdraw from further representation of plaintiff and counter-defendant;

21      WHEREAS, on September 13, 2005, the Court granted the motion of counsel for plaintiff

22  and counter-defendant to withdraw, and required plaintiff and counter-defendant to identify substitute

23  counsel within 30 days of the order;

24      WHEREAS, on October 5, 2005, the Court granted the application of defendants and

25  counterclaimants to substitute Sullwold & Hughes as their counsel;

26      WHEREAS, on October 13, 2005, Sedgwick, Detert, Moran & Arnold LLP appeared as

27  counsel of record for plaintiff and counter-defendant;

28      WHEREAS, new counsel for plaintiff and counter-defendant has not completed review of

2

1   the files received from prior counsel;

2           WHEREAS, during the period from July 15, 2005 through October 13, 2005, the parties

3   were unable to conduct discovery due to the above-mentioned withdrawals and substitutions of counsel;

4           WHEREAS, new counsel for the parties have not had sufficient time to investigate and

5   prepare for a mediation of this matter;

6           WHEREAS, the deadline for completing mediation is set for December 12, 2005;

7           WHEREAS, the deadline for expert witness disclosure is set for January 20, 2006;

8           WHEREAS, the deadline for completing non-expert discovery is February 10, 2006;

9           WHEREAS, the last day to hear dispositive motions is March 13, 2006;

10          WHEREAS, the deadline to complete expert discovery is set for March 24, 2006;

11          WHEREAS, a Further Status Conference is set for December 18, 2005;

12          WHEREAS, trial of this matter is to be set for a date after May 21, 2006; and

13          WHEREAS, the parties agree that all the aforementioned factors support continuing the

14  dates set forth in the Court's Case Management Conference Order to allow new counsel to become

15  familiar with the relevant facts and evidence, and to prevent the court, the parties, and the mediator from

16  wasting time on a meaningless mediation and unworkable pre-trial dates.

17          NOW, THEREFORE THE PARTIES THROUGH THEIR COUNSEL HEREBY

18  STIPULATE AND AGREE that, subject to approval of the Court, an Order should issue continuing the

19  dates in the Case Management Conference Order as follows:

20          1.   The last day to complete mediation shall be continued to March 15, 2006;

21          2.   The deadline for expert witness disclosure shall be continued to April 21, 2006;

22          3.   The deadline for completing non-expert discovery shall be continued to May 19,

23  2006;

24          4.   The last day to hear dispositive motions shall be continued to July 14, 2006;

25          5.   The deadline to complete expert discovery shall be continued to July 28, 2006;

26          6.   The trial shall be continued to a date after October 1, 2006, with the exact date to be

27  determined at the next status conference on December 16, 2005 at 10:30 a.m.; and

28

STIPULATION AND ORDER RE CASE MANAGEMENT SCHEDULE          Case No.: C 04-03114 RMW

1        7.  The Final Status Conference shall be continued to a new date based on the trial date

2  set at the next status conference on December 16, 2005 at 10:30 a.m.

3  IT IS SO STIPULATED.

4  DATED:  November 18, 2005           ROBERT T. SULLWOLD
                                    JAMES A. HUGHES

5                                    SULLWOLD & HUGHES

6

7

8                                    _____/S/_____
                                    JAMES A. HUGHES

9                    Attorneys for Defendants INTEGRITY DATA

10           APPLICATIONS CONSULTING, LLC and JONATHAN
                    BALZORA and Defendants and Counterclaimants
                    I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC.,

11                  ISMART SECURE LLC and JOSEPH BAGGIO

12

13  DATED:  November 18, 2005           SEDGWICK, DETERT, MORAN & ARNOLD LLP

14

15                           By:  _____/S/_____
                                      MARC A. KOONIN

16

17                  Attorneys for Plaintiff and Counter-defendant ISMART
                  INTERNATIONAL LIMITED and Counter-defendant RAJ
                              DHESIKAN

18

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

21

22  Dated: _____11/30_____, 2005      /S/ RONALD M. WHYTE

23                                Hon. Ronald M. Whyte
                            United States District Judge

24

25

26

27

28

4