ROBERT T. SULLWOLD (SBN 88139)
JAMES A. HUGHES (SBN 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA 94104
(415) 263-1850
(415) 989-9798 FAX

Attorneys for DEFENDANTS I-DOCSECURE, LLC,
E-NETSECURE SERVICES, INC., ISMART SECURE LLC,
INTEGRITY DATA APPLICATIONS CONSULTING, LLC,
JOSEPH BAGGIO, and JONATHAN BALZORA

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JOSEPH KOURI (Bar No. 133804)
801 So. Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MARC A. KOONIN (Bar No. 166210)
SIGRID E. OWCZAREK (Bar No. 129319)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff and Counterdefendant
iSMART INTERNATIONAL LIMITED and
Counterdefendant RAJ DHESIKAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ISMART INTERNATIONAL LIMITED, an India Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>I-DOCSECURE, LLC, a California Limited Liability Company; E-NETSECURE SERVICES, INC., a California Corporation; INTEGRITY DATA APPLICATIONS CONSULTING, LLC, a California Limited Liability Company; JOSEPH BAGGIO, an individual; and JONATHAN BALZORA, an individual, | *E-FILED - 3/16/06*<br><br>Case No.: C 04-03114 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND MEDIATION CASE MANAGEMENT SCHEDULE; DISMISSAL OF CROSS-DEFENDANTS SANJAY DESHPANDE AND VIJAY CHOUDHARY** |

1

1 | Defendants.

2 | _____

3 | AND RELATED COUNTERCLAIM

4 | _____

5 |

6 | IT IS HEREBY STIPULATED, by and between the parties hereto through their

7 | respective undersigned counsel:

8 | WHEREAS, the Court set a trial date and various pre-trial deadlines in its Case

9 | Management Conference Order which was signed on April 11, 2005, and amended those deadlines

10 | pursuant to Stipulation and Order signed July 27, 2005;

11 | WHEREAS, counter-defendant Raj Dhesikan's first appearance in this lawsuit did not

12 | occur until July 5, 2005;

13 | WHEREAS, after several extensions, the parties agreed to a deadline of July 19, 2005 to

14 | produce initial disclosures;

15 | WHEREAS, plaintiff and counter-defendant iSmart International served document

16 | requests on defendants and counterclaimants with an original production deadline of July 11, 2005;

17 | WHEREAS, plaintiff and counter-defendant iSmart International granted defendants and

18 | counterclaimants an extension through July 19, 2005 for the production of documents responsive to

19 | iSmart International's document requests;

20 | WHEREAS, on October 5, 2005, the Court granted the application of defendants and

21 | counterclaimants to substitute Sullwold & Hughes as their counsel;

22 | WHEREAS, on October 13, 2005, Sedgwick, Detert, Moran & Arnold LLP appeared as

23 | counsel of record for plaintiff and counter-defendant;

24 | WHEREAS, Defendant granted Plaintiff an extension of time to respond to Requests for

25 | Production of Documents to March 3, 2006;

26 | WHEREAS, the deadline for serving counterdefendants Sanjay Deshpande and Vijay

27 | Choudhary was set for January 31, 2006;

28 | WHEREAS, the deadline for completing mediation is set for March 15, 2006;

2

1      WHEREAS, the deadline for expert witness disclosure is set for April 21, 2006;

2      WHEREAS, the deadline for completing non-expert discovery is May 19, 2006;

3      WHEREAS, the existing Protective Order in this Case does not cover source code, object

4  code, technical manuals, and materials relating to the same or attorneys-eyes only designations of

5  confidential materials;

6      WHEREAS, the parties have been unable to come to an agreed stipulated protective order

7  regarding these issues and, as a result, are preparing discovery motions;

8      WHEREAS, the last day to hear dispositive motions is July 14, 2006;

9      WHEREAS, the deadline to complete expert discovery is set for July 28, 2006;

10     WHEREAS, trial of this matter is to be set for a date November 6, 2006; and

11     WHEREAS, the parties have had extensive discussion and exchanged numerous

12 proposed stipulated protective orders but have been unable to agree to terms without resorting to

13 motions before a Magistrate,

14     WHEREAS, Plaintiff also intends to file a motion to compel discovery,

15     WHEREAS, some of the discovery items in dispute which have not yet been produced

16 will require analysis by expert witnesses;

17     WHEREAS the parties agree that the aforementioned factors provide good cause for

18 modification of certain deadlines set by the Case Management Conference Order;

19     NOW, THEREFORE THE PARTIES THROUGH THEIR COUNSEL HEREBY

20 STIPULATE AND AGREE that, subject to approval of the Court, an Order should issue continuing the

21 dates in the Case Management Conference Order as follows:

22        1.   The last day to complete mediation shall be continued to May 15, 2006;

23        2.   The deadline for expert witness disclosure shall be continued to June 16, 2006;

24        3.   The deadline to complete expert witness discovery shall be continued to August 18,

25 2006;

26        4.   The deadline for completing non-expert discovery shall be continued to July 28,

27 2006;

28        5.   The last day to hear dispositive motions is reset for September 15, 2006;

3

1    6.   As Counterdefendants Vijay Choudhary and Sanjay Deshpande have not been served,

2  they are hereby DISMISSED with prejudice from this action.

3  IT IS SO STIPULATED.

4  DATED:  February 28, 2006                ROBERT T. SULLWOLD
                                           JAMES A. HUGHES
5                                          SULLWOLD & HUGHES

6

7
                                           _____/s/_____
8                                                 JAMES A. HUGHES

9                                          Attorneys for Defendants INTEGRITY DATA
                                           APPLICATIONS CONSULTING, LLC and JONATHAN
10                                         BALZORA and Defendants and Counterclaimants
                                           I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC.,
11                                         ISMART SECURE LLC and JOSEPH BAGGIO

12

13

14
   DATED:  February 28, 2006                SEDGWICK, DETERT, MORAN & ARNOLD LLP
15

16
                                           By: _____
17                                                 MARC A. KOONIN

18                                         Attorneys for Plaintiff and Counter-defendant ISMART
                                           INTERNATIONAL LIMITED and Counter-defendant RAJ
19                                                        DHESIKAN

20

21
   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
22

23
   Dated:  ____3/14_____, 2006      _____/s/ Ronald M. Whyte_____
24

25                                              Hon. Ronald M. Whyte
                                                United States District Judge
26

27

28

                                           4