**E-FILED on**   6-8-2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED, an India Company,<br><br>    Plaintiff,<br><br>    v.<br><br>I-DOCSECURE, LLC, a California Limited Liability Company; E-NETSECURE SERVICES, INC., a California Corporation; INTEGRITY DATA APPLICATIONS CONSULTING, LLC, a California Limited Liability Company; JOSEPH BAGGIO, an individual; and JONATHAN BALZORA, an individual,,<br><br>    Defendants. | No. C-04-03114 RMW<br><br>ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>**[Re Docket Nos. 193, 195]** |

    Plaintiff iSmart International Limited moves for an order shortening time on its pending motion for leave to amend its complaint. Plaintiff seeks to add one new party and several new causes of action. Plaintiff's main justification for an expedited briefing schedule appears to be the facts that the current deadline for disclosure of expert witnesses is June 16 and the close of non-expert discovery is June 28. The defendants oppose the motion but state that they "are willing to discuss modification" of the discovery schedule. Docket no. 195 at 3.

ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT—No. C-04-03114 RMW
JAH

1    If the court grants plaintiff's motion for leave to amend, modification of the current schedule for the case may well be appropriate, but such modification will be moot if the court denies the motion. Any potential prejudice to plaintiff can be cured by modification of the case schedule if warranted; prejudice to the defendants from having little time to respond to plaintiff's motion to amend cannot be easily cured. Plaintiff's motion to move forward the hearing date on its motion to amend is denied.

DATED:     6/8/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Joseph Kouri             joseph.kouri@sdma.com
Marc A. Koonin           marc.koonin@sdma.com

**Counsel for Defendants:**

James Arthur Hughes      jah@greenstamps.com
Michael N. Edelman       michael.edelman@dechert.com
Robert T. Sullwold

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6-8-2006                                  /s/ JH
                                           **Chambers of Judge Whyte**

ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT—No. C-04-03114 RMW
JAH                                      3