| | |
|---|---|
| 1 | MICHAEL N. EDELMAN (SBN #180948) |
| | michaeledelman@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | Five Palo Alto Square, Sixth Floor |
| 3 | Palo Alto, CA 94036-2155 |
| | Telephone:  (650) 320-1800 |
| 4 | Facsimile:  (650) 320-1900 |
| 5 | Attorneys for Defendants |
| | I-DOCSECURE, LLC, |
| 6 | E-NETSECURE SERVICES, INC., |
| | ISMART SECURE LLC, and |
| 7 | JOSEPH BAGGIO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/6/06*

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED, an India Corporation,, | CASE NO. C 04-03114 RMW |
| Plaintiff, | **NOTICE OF APPEARANCE AND APPLICATION FOR SUBSTITUTION OF ATTORNEY; WITHDRAWAL OF PREVIOUS APPLICATION FOR SUBSTITUTION OF ATTORNEY**  AND ORDER |
| vs. | |
| I-DOCSECURE, LLC, a California Limited Liability company; E-NETSECURE SERVICES, INC., a California Corporation; INTEGRITY DATA APPLICATIONS CONSULTING, LLC, a California Limited Liability Company; JOSEPH BAGGIO, and individual; and JONATHAN BALZORA, an individual, | Judge: Hon. Ronald M. Whyte |
| Defendants. | |

PLEASE TAKE NOTICE that PAUL, HASTINGS, JANOFSKY & WALKER LLP have been retained as counsel and hereby appears in this action on behalf of Defendants and Counterclaimants I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., ISMART SECURE LLC and JOSEPH BAGGIO, and requests that a copy of all notices and other papers in this action be served upon us at our offices at Five Palo Alto Square, Sixth Floor, Palo Alto,

NOTICE OF APPEARANCE
LEGAL_US_W # 53680249.1
06/08/06

1

CASE NO. C 04-03114 RMW

1  California 94036-2155.

2  PLEASE TAKE FURTHER NOTICE that Defendants and Counterclaimants I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., ISMART SECURE LLC and JOSEPH BAGGIO hereby apply to substitute Michael Edelman of PAUL, HASTINGS, JANOFSKY & WALKER LLP as their attorney.

6  PLEASE TAKE FURTHER NOTICE that the prior Application for Substitution of Attorney, submitted on behalf of the Defendants to substitute Dechert LLP as counsel of record, is hereby withdrawn.

**WE CONSENT TO THIS SUBSTITUTION:**

Date:  June 9, 2006

i-DocSecure, LLC                              eNetSecure Services, Inc.

By:  _____/s/_____            By:  _____/s/_____
         Joseph Baggio                                      Joseph Baggio
   Its:  Chief Executive Officer              Its:  Chief Executive Officer

iSmart Secure, LLC

By:  _____/s/_____            By:  _____/s/_____
         Joseph Baggio                                      Joseph Baggio
   Its:  Chief Executive Officer

**WE ACCEPT THIS SUBSTITUTION:**

PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:  _____/s/_____
              MICHAEL N. EDELMAN

NOTICE OF APPEARANCE
LEGAL_US_W # 53680249.1                     -2-                    CASE NO. C 04-03114 RMW
06/08/06

# **ORDER**

After considering Defendants i-DocSecure, LLC, e-NetSecure Services, Inc., ISmart Secure, LLC, and Joseph Baggio's (collectively "Defendants") request for substitution of attorney,

IT IS HEREBY ORDERED THAT:

The substitution of Michael Edelman, of Paul Hastings, Janofsky & Walker LLP as attorney of record for Defendants in place and stead of Sullwold & Hughes and James A. Hughes is hereby approved.

Dated: 7/6/06

> /s/ Ronald M. Whyte
> Hon. Ronald M. Whyte
> United States District Judge