1  MICHAEL N. EDELMAN (SBN # 180948)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  Five Palo Alto Square
   Sixth Floor
3  Palo Alto, CA 94036-2155
   Telephone: (650) 320-1800
4  Facsimile: (650) 320-1900

5  ROBERT T. SULLWOLD (SBN #88139)
   JAMES A. HUGHES (SBN #88380)
6  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
7  San Francisco, CA 94104
   Telephone: (415) 263-1850
8  Facsimile: (415) 989-9798

9  Attorneys for Defendants
   I-DOCSECURE, LLC,
10 E-NETSECURE SERVICES, INC.,
   ISMART SECURE LLC, INTEGRITY
11 DATA APPLICATIONS CONSULTING LLC,
   JOSEPH BAGGIO and JONATHAN BALZORA

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

                                                 *E-FILED - 7/6/06*
15

16 | ISMART INTERNATIONAL LIMITED,        | CASE NO. C 04-03114 RMW
   | an India Corporation,                |
17 |                                      | STIPULATION AND [PROPOSED] ORDER
   |        Plaintiff,                    | REGARDING EXPERT DISCLOSURES AND
18 |                                      | DISCOVERY
   |   vs.                                |
19 |                                      | Judge: Hon. Ronald M. Whyte
   | I-DOCSECURE, LLC, a California       |
20 | Limtied Liability company; E-        |
   | NETSECURE SERVICES, INC., a          |
21 | California Corporation; INTEGRITIY   |
   | DATA APPLICATIONS CONSULTING,        |
22 | LLC, a California Limited Liability  |
   | Company; JOSEPH BAGGIO, and          |
23 | individual; and JONATHAN BALZORA,    |
   | an individual,                       |
24 |                                      |
   |         Defendants.                  |
25

26

27

28
   STIPULATION RE: EXPERT
   DISCLOSURES                              1
   LEGAL_US_W # 53691529.1

WHEREAS, the deadline for expert disclosures pursuant to Federal Rule of Civil Procedure 26 is currently set for June 16, 2006;

WHEREAS, Plaintiff iSmart International has filed a Motion for Leave to Amend Complaint and for a Request to Issue a New Case Management Scheduling Order (the "Motion"), and the defendants have opposed this Motion in its entirety;

WHEREAS, the parties have agreed to set new dates for expert disclosures and discovery pending the ruling on the Motion, which would govern in the event that the Motion was denied;

THEREFORE, the parties hereby agree as follows:

1. The deadline for initial expert disclosures shall be July 17, 2006.

2. The deadline for rebuttal expert disclosures shall be August 7, 2006.

3. The deadline for completion of expert discovery shall be August 25, 2006.

4. In the event that the pending Motion is granted, the parties agree to meet and confer further to determine the extent to which these dates should be modified.

DATED: June 13, 2006

MICHAEL N. EDELMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Michael N. Edelman
    MICHAEL N. EDELMAN

Attorneys for Defendants
I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., ISMART SECURE LLC, and JOSEPH BAGGIO

```
 1   DATED: June 12, 2006              JOSEPH KOURI
 2                                     SEDGWICK, DETERT, MORAN & ARNOLD LLP
 3
 4                                     By: _____/s/ Joseph Kouri_____
                                              JOSEPH KOURI
 5
                                       Attorneys for Plaintiff and Counterdefendant
 6                                     iSMART INTERNATIONAL LIMITED and
                                       Counterdefendant RAJ DHESIKAN
 7
 8   DATED: June __, 2006              JAMES A. HUGHES
                                       SULLWOLD & HUGHES
 9
10
                                       By: _____/s/ James A. Hughes_____
11                                            JAMES A. HUGHES

12                                     Attorneys for Defendants INTEGRITY DATA
                                       APPLICATIONS CONSULTING, LLC, and
13                                     JONATHAN BALZORA

14

15           IT IS SO ORDERED.
16

17
     Dated: __7/6_____, 2006      By: ___/s/ Ronald M. Whyte_____
18                                            Hon. Ronald M. Whyte
                                              United States District Court Judge
19
```

STIPULATION RE: EXPERT DISCOVERY
CUTOFF DATES                    -3-
LEGAL_US_W # 53691529.1