1  JAMES A. HUGHES (SBN 88380)
   SULLWOLD & HUGHES
2  235 Montgomery Street, Suite 730
   San Francisco, CA  94104
3  Telephone:  (415) 263-1850
   Facsimile:  (415) 989-9798
4
   Attorneys for Defendants
5  INTEGRITY DATA APPLICATIONS CONSULTING, LLC,
   and JONATHAN BALZORA
6
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  CHRISTOPHER J. KELLER (Bar No. 178491)
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, CA  94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10
   Attorneys for Plaintiff and Counterdefendant
11 iSMART INTERNATIONAL LIMITED and
   Counterdefendant RAJ DHESIKAN
12
   PAUL HASTINGS JANOFSKY & WALKER LLP
13 MICHAEL N. EDELMAN (Bar No. 180948)
   Five Palo Alto Square, Sixth Floor
14 Palo Alto, CA 94306-2155
   Telephone: (650) 320-1800
15 Facsimile: (650) 320-1900

16 Attorneys for Defendants and Counterclaimants
   I-DOCSECURE, LLC; E-NETSECURE SERVICES, INC.,
17 ISMART SECURE LLC and JOSEPH BAGGIO

18            UNITED STATES DISTRICT COURT          *E-FILED - 8/2/06*
             NORTHERN DISTRICT OF CALIFORNIA
19

20 ISMART INTERNATIONAL LIMITED, an India      Case No.: C 04-03114 RMW
   Corporation,
21                                             **STIPULATION AND ORDER
                    Plaintiff,                 RE EXPERT AND NON-EXPERT
22                                             DISCOVERY**
           vs.
23 I-DOCSECURE, LLC, a California Limited
   Liability Company; E-NETSECURE SERVICES,
   INC., a California Corporation; INTEGRITY
24 DATA APPLICATIONS CONSULTING, LLC, a
   California Limited Liability Company; JOSEPH
25 BAGGIO, an individual; and JONATHAN
   BALZORA, an individual,
26                 Defendants.
27 ─────────────────────────────────
   AND RELATED COUNTER CLAIM
28

STIPULATION AND ORDER RE EXPERT AND          -1-                    CASE NO. C04-03114 RMW
NON-EXPERT DISCOVERY
LEGAL_US_W # 54025251.1

1    IT IS HEREBY STIPULATED, by and between the parties hereto through their

2    respective undersigned counsel:

3    WHEREAS, the parties previously agreed that fact depositions in this case would occur

4    in August or September, assuming Plaintiff's Motion to Disqualify Paul, Hastings, Janofsky & Walker

5    ("Motion to Disqualify") is denied;

6    WHEREAS, pursuant to the Court's June 13, 2006 Order, the deadline for initial expert

7    disclosures is July 17, 2006; the deadline for rebuttal expert disclosures is August 7, 2006; and the

8    deadline for completion of expert discovery is August 25, 2006;

9    WHEREAS, the parties wish to conduct fact depositions before submitting expert

10   disclosures and conducting fact discovery;

11   WHEREAS, absent modification of the deadlines in the Court's June 13, 2006 Order,

12   the parties would be conducting expert disclosure and discovery before fact depositions had been

13   taken;

14   WHEREAS, various written discovery has been propounded by both parties and

15   responses are due on various dates in July;

16   WHEREAS, the parties have noticed or subpoenaed depositions for various dates

17   throughout July, or otherwise indicated that they wish to notice additional depositions for July;

18   WHEREAS, the parties agree that the aforementioned factors provide good cause for

19   modification of certain deadlines set by the Case Management Conference Order;

20   NOW, THEREFORE THE PARTIES THROUGH THEIR COUNSEL HEREBY

21   STIPULATE AND AGREE that, subject to approval of the Court, an Order should issue continuing

22   the dates in the June 13, 2006 Order as follows:

23   1.   The deadline for expert witness disclosures shall be August 18, 2006;

24   2.   The deadline for rebuttal expert disclosures shall be September 8, 2006;

25   3.   The deadline to complete expert witness discovery shall be September 22, 2006;

26   4.   The deadline to file dispositive motions shall be September 22, 2006.

27

28

1      4.   Plaintiff shall have until August 4, 2006 to answer the outstanding discovery

2  requests;

3      5.   The Defendants shall have until August 8, 2006 to answer the outstanding discovery

4  requests;

5      6.   The parties will meet and confer to determine mutually convenient dates for non-

6  expert depositions and will use their best efforts to schedule non-expert depositions before the relevant

7  expert disclosures are due.

8      7.   The parties are agreeing to these dates on the assumption that the Motion to Disqualify is

9  denied.

10 IT IS SO STIPULATED.

11 DATED:  July 14, 2006                    SULLWOLD & HUGHES

12

13                                          _____/s/_____
                                            JAMES A. HUGHES

14

15                                          Attorneys for Defendants INTEGRITY DATA
                                            APPLICATIONS CONSULTING, LLC and
                                            JONATHAN BALZORA

16

17 DATED:  July 14, 2006                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

18

19                                          By: _____/s/_____
                                            CHRISTOPHER J. KELLER

20

21                                          Attorneys for Plaintiff and Counter-defendant ISMART
                                            INTERNATIONAL LIMITED and Counter-defendant
                                            RAJ DHESIKAN

22

23 DATED:  July 14, 2006                    PAUL, HASTING, JANOFSKY & WALKER, LLP

24

25                                          By: _____/s/_____
                                            MICHAEL EDELMAN

26

27                                          Defendants and Counterclaimants I-DOCSECURE, LLC,
                                            E-NETSECURE SERVICES, INC., ISMART SECURE
                                            LLC and JOSEPH BAGGIO

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3  Dated: ___8/2_____, 2006          _____/S/ RONALD M. WHYTE_____

4                                                                  Hon. Ronald M. Whyte
                                                                  United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28