**\*E-FILED 8/31/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED<br><br>Plaintiff,<br><br>vs.<br><br>I-DOCSECURE, LLC, a California limited liability company; E-NETSECURE SERVICES, INC., a California corporation; INTEGRITY DATA APPLICATION CONSULTING, LLC, a California limited liability company; ISMART SECURE LLC, a Delaware limited liability company; JOSEPH BAGGIO, an individual; JONATHAN BALZORA, an individual,<br><br>Defendants. | CASE NO. C 04-03114 RMW (RS)<br><br>**ORDER REQUIRING SUBMISSION OF ADDITIONAL DECLARATION OR DECLARATIONS** |
| AND RELATED COUNTERCLAIM. | |

As permitted by the Court's Order filed August 8, 2006, plaintiff has filed a declaration explaining why it is unable to produce certain documents within the time frame specified in that order, and requesting additional time. Plaintiff's declaration, however, does not provide the information required by the August 8th Order regarding when plaintiff reasonably believes the production can be completed. Plaintiff shall, within two court days of the date of this order, file an additional declaration or declarations that (1) provide sufficient information for the Court to

1  determine how much additional time to complete the production is reasonably necessary, and (2)
2  explain why the information regarding the July 2006 fire in plaintiff's offices was not presented to
3  the Court prior to or at the hearing held in this matter on August 2, 2006.

5  IT IS SO ORDERED
6  Dated: 8/31/06

7  _____
   RICHARD SEEBORG
   United States Magistrate Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael N. Edelman    michaeledelman@paulhastings.com, christinahenderson@paulhastings.com; marcosvera@paulhastings.com; lauriepaffhausen@paulhastings.com

Christopher James Keller    christopher.keller@sdma.com, sdmacalendaring@sdma.com

Marc A. Koonin    marc.koonin@sdma.com

Joseph Kouri    joseph.kouri@sdma.com

Shanee Y. Williams    shaneewilliams@paulhastings.com, rosemaryjonesshine@paulhastings.com

**Dated: 8/31/06**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                           **By:**    **/s/ BAK**