**\*E-FILED 9/5/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED<br><br>    Plaintiff,<br><br>vs.<br><br>I-DOCSECURE, LLC, a California limited liability company; E-NETSECURE SERVICES, INC., a California corporation; INTEGRITY DATA APPLICATION CONSULTING, LLC, a California limited liability company; ISMART SECURE LLC, a Delaware limited liability company; JOSEPH BAGGIO, an individual; JONATHAN BALZORA, an individual,<br><br>    Defendants. | CASE NO. C 04-03114 RMW (RS)<br><br>**ORDER GRANTING EXTENSION OF TIME** |
| AND RELATED COUNTERCLAIM. | |

    Before the Court is Plaintiff's request for additional time to comply with the order filed August 8, 2006, requiring further document production. The Court has reviewed the declaration of Christopher J. Keller, filed September 1, 2006 and is satisfied that counsel acted in good faith in not previously notifying the Court about the fire in plaintiff's offices. The Court has disregarded the declaration of Shanee Y. Williams filed on September 1, 2006 because the Court's order dated August 8, 2006, expressly directed that no responsive materials were to be filed by defendants

1  absent further order of court.  The Court has also disregarded the supplemental declaration of
2  Joseph Kouri, filed September 1, 2006, which largely is a response to the Williams declaration.
3  The parties are directed to renew their efforts to carry out their duties of vigorous advocacy on
4  behalf of their respective clients without unnecessary invective.
5      Good cause appearing, it is hereby ordered that plaintiff shall produce the "secondary copies
6  of bank and tax documents" referred to in the Keller declaration as soon as practicable but no later
7  than September 9, 2006 and shall produce that the "tax documents" referred to in the Keller
8  declaration as soon as practicable but no later than September 17, 2006.

10 IT IS SO ORDERED.
11 Dated: 9/5/06

                    RICHARD SEEBORG
                    United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Michael N. Edelman     michaeledelman@paulhastings.com, christinahenderson@paulhastings.com; marcosvera@paulhastings.com; lauriepaffhausen@paulhastings.com

Christopher James Keller     christopher.keller@sdma.com, sdmacalendaring@sdma.com

Marc A. Koonin     marc.koonin@sdma.com

Joseph Kouri     joseph.kouri@sdma.com

Shanee Y. Williams     shaneewilliams@paulhastings.com, rosemaryjonesshine@paulhastings.com

**Dated: 9/5/06**                                          **Chambers of Judge Richard Seeborg**

                                                      **By:      /s/ BAK**