| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | JAMES A. HUGHES (SBN 88380)<br>SULLWOLD & HUGHES<br>235 Montgomery Street, Suite 730<br>San Francisco, CA 94104<br>Telephone: (415) 263-1850<br>Facsimile: (415) 989-9798<br>Attorneys for Defendants<br>INTEGRITY DATA APPLICATIONS CONSULTING, LLC,<br>and JONATHAN BALZORA |
| 6<br>7<br>8<br>9<br>10<br>11 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>CHRISTOPHER J. KELLER (Bar No. 178491)<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br>Attorneys for Plaintiff and Counterdefendant<br>iSMART INTERNATIONAL LIMITED and<br>Counterdefendant RAJ DHESIKAN |
| 12<br>13<br>14<br>15 | PAUL HASTINGS JANOFSKY & WALKER LLP<br>MICHAEL N. EDELMAN (Bar No. 180948)<br>Five Palo Alto Square, Sixth Floor<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br>Attorneys for Defendants and Counterclaimants<br>I-DOCSECURE, LLC; E-NETSECURE SERVICES, INC.,<br>ISMART SECURE LLC and JOSEPH BAGGIO |

\* E-filed on 10/11/06 \*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>I-DOCSECURE, LLC, a California limited liability company; E-NETSECURE SERVICES, INC., a California corporation; INTEGRITY DATA APPLICATIONS CONSULTING, LLC, a California limited liability company; ISMART SECURE LLC, a Delaware limited liability company; JOSEPH BAGGIO, an individual; JONATHAN BALZORA, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTER CLAIM. | CASE NO. C 04-03114 RMW<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF COUNTERDEFENDANT RAJ DHESIKAN AND DEFENDANTS JONATHAN BALZORA AND INTEGRITY DATA APPLICATIONS CONSULTING, LLC |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), the parties in this action stipulate as follows:

1. PLAINTIFF ISMART INTERNATIONAL LIMITED ("PLAINTIFF" or "ISMART") through its attorneys of record hereby stipulates to dismiss with prejudice the First Amended Complaint in its entirety solely as to DEFENDANTS INTEGRITY DATA APPLICATIONS CONSULTING, LLC ("INTEGRITY") and JONATHAN BALZORA ("BALZORA").

2. PLAINTIFF through its attorneys of record also agrees to stipulate to waive all rights to pursue costs and attorneys' fees against INTEGRITY and BALZORA.

3. COUNTERCLAIMANTS I-DOCSECURE, LLC; E-NETSECURE SERVICES, INC.; ISMART SECURE, LLC; AND JOSEPH BAGGIO ("COUNTERCLAIMANTS") through their attorneys of record hereby stipulate to dismiss with prejudice their Counterclaims in their entirety against COUNTERDEFENDANT RAJ DHESIKAN ("DHESIKAN").

4. COUNTERCLAIMANTS through their attorneys of record also stipulate to waive all rights to pursue costs and attorneys' fees against DHESIKAN.

5. INTEGRITY and BALZORA, through their attorneys of record stipulate to waive all rights to pursue costs and attorneys' fees against PLAINTIFF.

6. DHESIKAN, thorough his attorneys of record stipulate to waive all rights to pursue costs and attorneys' fees against COUNTERCLAIMANTS.

**SO STIPULATED.**

DATED: October 4, 2006                        SULLWOLD & HUGHES

                                              By: /s/ James A. Hughes
                                              JAMES A. HUGHES
                                              Attorneys for Defendants INTEGRITY DATA
                                              APPLICATIONS CONSULTING, LLC and
                                              JONATHAN BALZORA

DATED: October 4, 2006            SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: _____
        CHRISTOPHER J. KELLER
Attorneys for Plaintiff and Counter-defendant
ISMART INTERNATIONAL LIMITED and
Counter-defendant RAJ DHESIKAN

DATED: October___, 2006           PAUL, HASTING, JANOFSKY & WALKER, LLP


By: _____
        MICHAEL EDELMAN
Defendants and Counterclaimants I-DOCSECURE,
LLC, E-NETSECURE SERVICES, INC.,
ISMART SECURE LLC and JOSEPH BAGGIO

### ORDER

The Court hereby dismisses with prejudice the First Amended Complaint in this matter as to Defendants Integrity Data Applications Consulting, Inc. and Jonathan Balzora. The Court hereby dismisses with prejudice the Counterclaims in this matter against Counterdefendant Raj Dhesikan. No party shall be entitled to pursue costs or attorneys' fees against Defendants Integrity Data Applications Consulting, LLC or Jonathan Balzora or Counterdefendant Raj Dhesikan, Balzora and Integrity shall not be entitled to pursue costs or attorneys' fees against Plaintiff and Dhesikan shall not be entitled to pursue costs or attorneys' fees against Counterclaimants.

**IT IS SO ORDERED.**

DATED: _____   _____
                                  Hon. Ronald M. Whyte
                                  UNITED STATES DISTRICT JUDGE

DATED: October 4, 2006                SEDGWICK, DETERT, MORAN & ARNOLD, LLP


By: _____
    CHRISTOPHER J. KELLER
    Attorneys for Plaintiff and Counter-defendant
    ISMART INTERNATIONAL LIMITED and
    Counter-defendant RAJ DHESIKAN


DATED: October 5, 2006                PAUL, HASTING, JANOFSKY & WALKER, LLP


By: _____
    MICHAEL EDELMAN
    Defendants and Counterclaimants I-DOCSECURE,
    LLC, E-NETSECURE SERVICES, INC.,
    ISMART SECURE LLC and JOSEPH BAGGIO


## ORDER

The Court hereby dismisses with prejudice the First Amended Complaint in this matter as to Defendants Integrity Data Applications Consulting, Inc. and Jonathan Balzora. The Court hereby dismisses with prejudice the Counterclaims in this matter against Counterdefendant Raj Dhesikan. No party shall be entitled to pursue costs or attorneys' fees against Defendants Integrity Data Applications Consulting, LLC or Jonathan Balzora or Counterdefendant Raj Dhesikan, Balzora and Integrity shall not be entitled to pursue costs or attorneys' fees against Plaintiff and Dhesikan shall not be entitled to pursue costs or attorneys' fees against Counterclaimants.

**IT IS SO ORDERED.**

DATED: 10/11/06                       _____
                                      Hon. Ronald M. Whyte
                                      UNITED STATES DISTRICT JUDGE