SEDGWICK, DETERT, MORAN & ARNOLD LLP
CHRISTOPHER J. KELLER (Bar No. 178491)
christopher.keller@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff and Counterdefendant
iSMART INTERNATIONAL LIMITED

PAUL HASTINGS JANOFSKY & WALKER LLP
MICHAEL N. EDELMAN (Bar No. 180948)
michaeledelman@paulhastings.com
SHANEE Y. WILLIAMS (Bar No. 221310)
shaneewilliamspaulhastings.com
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Defendants and Counterclaimants
I-DOCSECURE, LLC; E-NETSECURE SERVICES, INC.,
ISMART SECURE LLC and JOSEPH BAGGIO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/20/06*

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED, an India Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>I-DOCSECURE, LLC, a California Limited Liability Company; E-NETSECURE SERVICES, INC., a California Corporation; INTEGRITY DATA APPLICATIONS CONSULTING, LLC, a California Limited Liability Company; JOSEPH BAGGIO, an individual; and JONATHAN BALZORA, an individual,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER CLAIM | Case No.: C 04-03114 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING PRE-TRIAL CONFERENCE AND DEADLINE FOR SUBMISSION OF PRE-TRIAL MATERIALS**<br><br><br><br><br><br>Trial Date: November 6, 2006 |

　　　　IT IS HEREBY STIPULATED, by and between the parties hereto through their respective undersigned counsel:

1	WHEREAS, the Court issued its order denying Plaintiff iSmart International, Limited's
2	Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP (the "Motion to Disqualify") on October
3	12, 2006;
4	WHEREAS, pursuant to the Court's Order After Hearing concerning the December 16,
5	2005 Case Management Conference, the deadline for submission of pre-trial materials is October 20,
6	2006 and the Pre-Trial Conference is scheduled for October 26, 2006 at 2:00 p.m.;
7	WHEREAS, in light of the limited amount of time the parties have had to meet and
8	confer since the issuance of the Order on the Motion to Disqualify, the parties desire to further meet
9	and confer concerning their pre-trial materials;
10	NOW, THEREFORE THE PARTIES THROUGH THEIR COUNSEL HEREBY
11	STIPULATE AND AGREE that, subject to approval of the Court, an Order should issue continuing
12	the Pre-trial Conference and the deadline for submission of pre-trial materials as follows:
13	1. The Pre-trial Conference shall be continued to November 2, 2006 at 2:00 p.m.
14	2. The deadline to submit the Joint-Pretrial Statement and all other materials identified
15	in Paragraph B of the February 24, 2003 Standing Order Re: Pretrial Preparation shall be October 25,
16	2006; and
17	/ / /
18	/ / /
19	/ / /

3. The deadline to submit materials identified in Paragraph C of the February 24, 2003 Standing Order Re: Pretrial Preparation shall be October 31, 2006.

IT IS SO STIPULATED.

DATED: October 19, 2006     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/_____
CHRISTOPHER J. KELLER

Attorneys for Plaintiff and Counter-defendant ISMART INTERNATIONAL LIMITED

DATED: October 19, 2006     PAUL, HASTING, JANOFSKY & WALKER, LLP

By: _____/s/_____
MICHAEL N. EDELMAN

Defendants and Counterclaimants I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., ISMART SECURE LLC and JOSEPH BAGGIO

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: __10/20__, 2006     /s/ Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Judge

# CERTIFICATE OF SERVICE

I, Rose Jones-Shine, hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF on October 19, 2006 to the electronic addresses shown below.

>James A. Hughes @ jah@greenstamps.com
>Counsel for Defendants Integrity Data Applications Consulting, LLC
>and Jonathan Balzora
>
>Christopher Keller @ Christopher.keller@sdma.com
>Joseph Kouri@ joseph.kouri@sdma.com
>Counsel for Plaintiff Ismart International Limited and
>Counterdefendant Raj Dhesikan

I declare that the foregoing is true and correct. Executed on October 19, 2006, at Palo Alto, California.

> /s/
> Rose Jones-Shine