1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CHRISTOPHER J. KELLER (Bar No. 178491)
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, CA 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   Attorneys for Plaintiff and Counterdefendant
5  iSMART INTERNATIONAL LIMITED and
   Counterdefendant RAJ DHESIKAN
6
7  PAUL HASTINGS JANOFSKY & WALKER LLP
   MICHAEL N. EDELMAN (Bar No. 180948)
   Five Palo Alto Square, Sixth Floor
8  Palo Alto, CA 94306-2155
   Telephone: (650) 320-1800
9  Facsimile: (650) 320-1900
   Attorneys for Defendants and Counterclaimants
10 I-DOCSECURE, LLC; E-NETSECURE SERVICES, INC.,
   ISMART SECURE LLC and JOSEPH BAGGIO

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION                *E-FILED - 11/8/06*

15

| | |
|---|---|
| ISMART INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>I-DOCSECURE, LLC, a California limited liability company; E-NETSECURE SERVICES, INC., a California corporation; INTEGRITY DATA APPLICATIONS CONSULTING, LLC, a California limited liability company; ISMART SECURE LLC, a Delaware limited liability company; JOSEPH BAGGIO, an individual; JONATHAN BALZORA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIM. | CASE NO. C 04-03114 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF COUNTERDEFENDANT ISMART INTERNATIONAL LIMITED AND DEFENDANTS I-DOCSECURE, LLC, E-NETSERVICES, INC., ISMART SECURE, LLC AND JOSEPH BAGGIO.** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), the parties in this action stipulate that:

1. PLAINTIFF ISMART INTERNATIONAL LIMITED ("PLAINTIFF" or "ISMART") through its attorneys of record hereby stipulates to dismiss with prejudice the First Amended Complaint in its entirety against DEFENDANTS I-DOCSECURE, LLC, ("I-DOC") E-NETSERVICES, INC., ("E-NET") ISMART SECURE, LLC ("ISMART SECURE") AND JOSEPH BAGGIO ("BAGGIO") (collectively, "DEFENDANTS").

2. PLAINTIFF through its attorneys of record also agrees to stipulate to waive all rights to pursue costs and attorneys' fees against I-DOC, E-NET, ISMART SECURE and BAGGIO.

3. COUNTERCLAIMANTS I-DOCSECURE, LLC; E-NETSECURE SERVICES, INC.; ISMART SECURE, LLC; AND JOSEPH BAGGIO ("COUNTERCLAIMANTS") through their attorneys of record hereby stipulate to dismiss with prejudice their Counterclaims in their entirety against COUNTERDEFENDANT ISMART INTERNATIONAL LIMITED. ("ISMART").

4. DEFENDANTS AND COUNTERCLAIMANTS through their attorneys of record also stipulate to waive all rights to pursue costs and attorneys' fees against ISMART.

//
//
//
//
//

SEDGWICK
DETERT, MORAN & ARNOLD

2    CASE NO. C 04-03114 RMW

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF COUNTERDEFENDANT ISMART INTERNATIONAL LIMITED AND DEFENDANTS I-DOCSECURE, LLC, E-NETSERVICES, INC, ISMART SECURE, LLC AND JOSEPH BAGGIO

5.  This Stipulation for Dismissal shall not be filed by any party until all parties have signed the Stipulation and the Court shall not enter any Order of Dismissal if all parties have not signed this Stipulation.

**SO STIPULATED.**

DATED: October 31, 2006

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: _____
CHRISTOPHER J. KELDER
Attorneys for Plaintiff and Counter-defendant
ISMART INTERNATIONAL LIMITED

DATED: October 31, 2006

PAUL, HASTING, JANOFSKY & WALKER, LLP

By: _____
MICHAEL EDELMAN
Defendants and Counterclaimants I-DOCSECURE, LLC, E-NETSECURE SERVICES, INC., ISMART SECURE LLC and JOSEPH BAGGIO

## ORDER

The Court hereby dismisses with prejudice the First Amended Complaint in this matter in its entirety against Defendants i-DocSecure, LLC, e-Netservices, Inc., iSmart Secure, LLC and Joseph Baggio. The Court hereby dismisses with prejudice all of the Counterclaims in this matter in their entirety against Counterdefendant iSmart International Limited. No party shall be entitled to pursue costs or attorneys' fees against Plaintiff and Counterdefendant iSmart International Limited and no party shall be entitled to pursue costs or attorneys' fees against Defendants and Counterclaimants i-DocSecure, LLC, e-Netservices, Inc., iSmart Secure, LLC and Joseph Baggio.

**IT IS SO ORDERED.**

DATED: _____11/8/06_____         /s/ Ronald M. Whyte
                                 ───────────────────────────
                                 Hon. Ronald M. Whyte
                                 UNITED STATES DISTRICT JUDGE