1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JOSEPH KOURI (Bar No. 133804)
2  801 So. Figueroa Street, 18th Floor
   Los Angeles, California 90017-5556
3  Telephone: (213) 426-6900
   Facsimile: (213) 426-6921
4  Email: joseph.kouri@sdma.com

5

   CHRISTOPHER J. KELLER (Bar No. 178491)
6  One Market Plaza
   Steuart Tower, 8th Floor
7  San Francisco, CA 94105
   Telephone: (415) 781-7900
8  Facsimile: (415) 781-2635                    E-FILED ***12/21/06***
   Email: christopher.keller@sdma.com
9
   Attorneys for Plaintiff and Counterdefendant
10 iSMART INTERNATIONAL LIMITED and
   Counterdefendant RAJ DHESIKAN
11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                             SAN JOSE DIVISION

15
   ISMART INTERNATIONAL LIMITED,              CASE NO. C 04-03114 RMW
16
              Plaintiff,                      [PROPOSED] ORDER PERMITTING
17                                            ISMART TO FILE UNDER SEAL
        vs.                                   EXHIBIT A TO THE DHESIKAN
18                                            DECLARATION
   I-DOCSECURE, LLC, a California limited
19 liability company; E-NETSECURE
   SERVICES, INC., a California corporation;
20 INTEGRITY DATA APPLICATIONS
   CONSULTING, LLC, a California limited
21 liability company; ISMART SECURE LLC, a   JUDGE:  Hon. Ronald M. Whyte
   Delaware limited liability company; JOSEPH DATE:   October 27, 2006
22 BAGGIO, an individual; JONATHAN           TIME:   9:00 A.M.
   BALZORA, an individual,                   DEPT:   Courtroom 6, 4th Floor
23
              Defendants.
24

25 AND RELATED COUNTER CLAIM.

26

27

28
                                        -1-                   CASE NO. C 04-03114 RMW
   [PROPOSED] ORDER GRANTING ISMART'S MOTION TO FILE UNDER SEAL EXHIBIT A TO THE
SF/1363403v1  DHESIKAN DECLARATION IN SUPPORT OF ISMAR'TS OPPOSITION TO DEFENDANTS' MOTION
                                FOR SUMMARY JUDGMENT

1  iSmart International Limited filed an administrative motion to file under seal Exhibit A to
2  the Declaration of Raj Dhesikan In Support of iSmart's Opposition to Defendants' Motion for
3  Summary Judgment. Exhibit A was submitted under seal. The Court having reviewed the
4  papers and evidence submitted in support of and good cause appearing therefor,

5  **IT IS HEREBY ORDERED** that the Clerk shall file under seal Exhibit A to the
6  Declaration of Raj Dhesikan In Support of iSmart's Opposition to Defendants' Motion for
7  Summary Judgment.

Dated: 12/21/06 , 2006

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
U.S. District Judge

-2-    CASE NO. C 04-03114 RMW
[PROPOSED] ORDER GRANTING ISMART'S MOTION TO FILE UNDER SEAL EXHIBIT A TO THE
DHESIKAN DECLARATION IN SUPPORT OF ISMAR'TS OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

SF/1363403v1